1

2                **UNITED STATES DISTRICT COURT**

3                **EASTERN DISTRICT OF WASHINGTON**

4

5 BILLIE M. ROMANO,          )
                         )

6         Plaintiff,      )
                         )        NO.  CV-09-252-JPH

7       vs.            )
                         )     **JUDGMENT IN A**

8 MICHAEL J. ASTRUE,       )       **CIVIL CASE**
Commissioner of Social Security,    )

9                          )
        Defendant.     )

10                          )
_____)

11

12       **DECISION BY THE COURT:**

13          This action came to hearing before the court.  The issues have been heard

14 and a decision has been rendered.

15         **IT IS ORDERED AND ADJUDGED** that:

16         Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.  The

17 matter is **REMANDED** for additional proceedings pursuant to sentence four of

18 42 USC § 405(g), and Judgment is entered for Plaintiff.

19         DATED this 20 day of October, 2010.

20                         JAMES R. LARSEN
                         District Court Executive/Clerk

21

22

23                     by:   s/Pamela A. Howard____

24                          Deputy Clerk

25

26 cc: all counsel